# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 50341

STATE OF IDAHO,

    Plaintiff-Respondent,

v.

JACOB MICHAEL JAEGER,

    Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: May 16, 2024

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Samuel Hoagland, District Judge.

Judgment of conviction and aggregate sentence of five years, with a minimum period of confinement of two years determinate, for felony domestic violence and intimidating, impeding, or influencing a witness, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

---

PER CURIAM

    Jacob Michael Jaeger was found guilty of felony domestic violence, Idaho Code § 18-918(2)(a); intimidating, impeding, or influencing a witness, I.C. § 18-2604; and misdemeanor resisting and/or obstructing an officer, I.C. § 18-705. The district court imposed an aggregate sentence of five years with two years determinate, suspended the sentence, and placed Jaeger on probation for a period of five years for felony domestic violence and intimidating, impeding, or influencing a witness. The district court sentenced Jaeger on the misdemeanor charge of resisting

1

and/or obstructing to serve ninety days in jail. Jaeger appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion. Therefore, Jaeger's judgment of conviction and sentence are affirmed.